UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-MJ-00072-AEV

FILED BY___MLB___D.C.

JUL 2 4 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA,

v.

EARL KNOWLES,

    Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No.**

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  **No.**

3. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No.**

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?       **No.**

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   /s/ Justin L. Hoover
      **JUSTIN L. HOOVER**
      Assistant United States Attorney
      Court ID No.: A5502493
      101 S. US Hwy 1, Suite 3100
      Fort Pierce, Florida 34950
      Tel: (772) 466-0899
      Justin.Hoover@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Justin L. Hoover

## UNITED STATES DISTRICT COURT
for the

Southern District of Florida

FILED BY _____ MB _____ D.C.

JUL 2 4 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  25-MJ-00072-AEV |
| | ) | |
| EARL KNOWLES, | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 22, 2025 _____ in the county of _____ St. Lucie _____ in the

_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b)(2) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michel Jarel, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: 24 July 2025

_____
*Judge's signature*

City and state: _____ Fort Pierce, Florida _____

Ann E. Vitunac, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michel Jarel, being duly sworn, depose and state as follows:

1.      I, Michel Jarel, am a Special Agent (SA) with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), where I have been employed since June 2016.  I am a graduate of the Federal Law Enforcement Training Center ("FLETC"), Glynco, Georgia.  At FLETC, I was trained in, among other things, criminal investigative techniques, and export-control investigations among other topics.  During my career, I have participated in and directed criminal investigations involving human smuggling and human trafficking.   I have received formal training and extensive on-the-job experience and training in the laws and regulations relating to human smuggling and human trafficking.  I have investigated human smuggling offenses, and I have conducted investigations of criminal acts involving violations of 8 U.S.C. § 1326 – Reentry of Removed Aliens.

2.      Based upon my training and experience, I am familiar with the ways in which human smugglers conduct their business including the methods human smugglers use to conceal, transport, and harbor victims.  I also am familiar with the ways traffickers use vessels to facilitate their illegal activities.

3.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Earl KNOWLES committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

4.      On July 22, 2025, I was notified that a small vessel, containing approximately 18 people, crash landed at the Fort Pierce Inlet jetty, in St. Lucie County, Florida.  I responded to the scene and made contact with Earl KNOWLES, who was one of the migrants involved in the

1

landing. KNOWLES was identified by Bahamian passport. While agents collected biographical information on scene, KNOWLES volunteered that he had previously been removed from the U.S.

5.    A review of DHS records shows that KNOWLES is a native and citizen of The Bahamas. Records show that on or about April 21, 1995, KNOWLES was ordered removed from the United States by an Immigration Judge in New York City, New York. Records show that KNOWLES was removed from the United States to The Bahamas on or about August 17, 2006, and again on February 5, 2019.

6.    I performed a record search to determine if KNOWLES had filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that KNOWLES obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7.    I interviewed KNOWLES post-Miranda. KNOWLES admitted that he paid to be smuggled into the United States, and he confirmed that he had previously been removed from the United States twice.

8.    KNOWLES was convicted in 2009 in the Eastern District of New York (08-CR-00549-SJF) of bank robbery (18 U.S.C. § 2113(a) and (d)), and using and carrying a firearm in relation to a robbery (18 U.S.C. § 924(c)). KNOWLES was sentenced to a total of 141 months' incarceration.

2

9.      Based on the foregoing, there is probable cause that on or about July 22, 2025, Earl KNOWLES committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Michel Jarel, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me, in Fort Pierce, Florida, this 24 day of July, 2025.

_____
ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

3